# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ISIAH LANG

VERSUS

DEDRICK A. MOORE

NO. 2026 CW 0403

**JUNE 1, 2026**

---

In Re:    Isiah Lang, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 770341.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.